

1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11   ALEXANDER J. CARLOS,                    Case No. 2:22-cv-01513-FLA (PVC)

12                   Petitioner,
                                             **ORDER ACCEPTING FINDINGS,**
13        v.                                 **CONCLUSIONS, AND**
                                             **RECOMMENDATIONS OF UNITED**
14   CHRISTIAN PFEIFFER, Warden,             **STATES MAGISTRATE JUDGE**

15                   Respondent.[1]

16

17

18

19

20

21

22

23

24

25

26   _____

27   [1] According to the website of the California Department of Corrections and Rehabilitation (CDCR), Petitioner is currently incarcerated at Kern Valley State Prison (KVSP).

28   Christian Pfeiffer, KVSP Warden, is substituted for the "Superior Court of California County of Los Angeles," the Respondent named in the Petition.  Fed. R. Civ. P. 25(d).

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, Dkt. 1, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report"), Dkt. 24. The time for filing objections to the Report passed and no objections were filed.

Accordingly, the court ACCEPTS and ADOPTS the findings, conclusions, and recommendations in the Report and ORDERS as follows:

1. The stay entered on November 8, 2022, Dkt. 18, is LIFTED.

2. Judgment shall be ENTERED dismissing the action without prejudice.

3. The Clerk is ORDERED to serve copies of this Order, the Judgment, and the concurrently-issued Order Denying Certificate of Appealability on counsel for Respondent and on Petitioner at both his address of record at Corcoran State Prison and the following address:

> Alexander J. Carlos
> CDC# BN5303
> Kern Valley State Prison
> Facility 'C'
> P.O. Box 5103
> Delano, CA 93216.

IT IS SO ORDERED.

Dated: January 27, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge