JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER J. CARLOS,<br><br>           Petitioner,<br><br>   v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>           Respondent.[1] | Case No. 2:22-cv-01513-FLA (PVC)<br><br>**JUDGMENT** |

Pursuant to the court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, it is hereby ADJUDGED that the above-captioned action is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: January 27, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[1] Christian Pfeiffer, the Warden of Kern Valley State Prison, where Petitioner is currently housed, is substituted for the Respondent named in the Petition. Fed. R. Civ. P. 25(d).